IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REGAN TECHNOLOGIES CORPORATION | : | NO. 16-4865 |

## ORDER

**NOW**, this 7th day of December, 2016, upon consideration of the defendant's Motion to Transfer Venue (Document No. 10), it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.