IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DE LAGE LANDEN FINANCIAL** | : | |
| **SERVICES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **REGAN TECHNOLOGIES CORPORATION** | : | **NO. 16-4865** |

## ORDER

**NOW**, this 22nd day of February, 2017, upon consideration of Plaintiff De Lage Landen Financial Services, Inc.'s Motion for Summary Judgment (Document No. 19), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of the plaintiff De Lage Landen Financial Services, Inc. and against the defendant Regan Technologies Corporation, in the amount of $819,383.30 together with post-judgment interest.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.